**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1848**

In re:  KELVIN ANDRE SPOTTS, a/k/a Shorty,

Petitioner.

On Petitions for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Huntington.  (3:00-cv-00647; 3:98-cr-00047-1)

Submitted:  September 22, 2022                     Decided:  June 9, 2023

Before  GREGORY,  Chief  Judge,  THACKER,  Circuit  Judge,  and  KEENAN,  Senior Circuit Judge.

Petitions denied by unpublished per curiam opinion.

Kelvin Andre Spotts, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In his original mandamus petition and first supplemental mandamus petition, Kelvin Andre Spotts alleges that the district court has unduly delayed acting on his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222, and on his emergency motion for immediate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has granted this motion in part, along with his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Accordingly, because the district court has recently decided Spotts' motions, we deny his original and first supplemental mandamus petitions as moot.

In his second supplemental mandamus petition, Spotts seeks an order from this Court compelling the district court to amend its judgment. Mandamus is a drastic remedy to be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Moore*, 955 F.3d 384, 388 (4th Cir. 2020). Mandamus relief is available only when there are no other means by which the relief sought could be granted and the petitioner demonstrates "that he has a clear and indisputable right to that relief." *In re Moore*, 955 F.3d at 388 (internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). Because the relief sought by Spotts is not available by way of mandamus, we deny his second supplemental mandamus petition. We also deny his motion to expedite the decision.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*